UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Crim. No. 21-771 (RBK) |
| v. | : | |
| THOMAS E. PETRONGLO, | : | **MEMORANDUM & ORDER** |
| Defendant. | : | |

Defendant, Thomas E. Petronglo ("Defendant" or "Petronglo"), is a federal prisoner. Defendant pleaded guilty to one count of unlawful possession of a destructive device in violation of 26 U.S.C. §§ 5681(d) & 5871 and one count of unlawful storage of explosive material in violation of 18 U.S.C. §§ 842(j) and 844(b). (*See* ECF 43). This Court sentenced Defendant to twenty-four months imprisonment on September 6, 2023. (*See id.* at 2). He is currently set to be released from Federal Bureau of Prisons' ("BOP") custody on May 15, 2025. *See https://www.bop.gov/inmateloc/* (last visited on February 20, 2024).

On December 26, 2023, Defendant filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. (*See* Civ. No. 23-23328 ECF 1). On January 5, 2024, Defendant filed a motion for bond pending his § 2255 motion, albeit in this criminal action. (*See* Crim. No. 21-771 ECF 47). Subsequently, on February 20, 2024, the government filed its response to Defendant's motion for bond, also in this criminal action. (*See* ECF 53). Given that Defendant seeks bond pending the outcome of his § 2255 motion, the Clerk will be ordered to refile Defendant's motion for bond (ECF 47), as well as the government's response in opposition to bond (ECF 53), in Defendant's ongoing § 2255 proceeding for a decision in that case.

Accordingly, IT IS on this 20th day of February, 2024,

ORDERED that the Clerk shall refile Defendant's motion for bond (ECF 47) along with the government's response in opposition to that motion (ECF 53) in Defendant's pending § 2255 action (Civ. No. 23-23328); this Court will decide Defendant's motion for bond in that § 2255 action in due course; and it is further

ORDERED that the Clerk shall serve this memorandum and order on Defendant by regular U.S. mail.

s/ Robert B. Kugler  
ROBERT B. KUGLER  
United States District Judge